|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | CENTRAL DISTRICT OF CALIFORNIA | |
| STATE FARM LIFE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV 19-1257-MWF (PJWx) |
| Plaintiff, | | X̶X̶X̶X̶X̶X̶X̶X̶X̶ ORDER DISMISSING CASE WITH PREJUDICE |
| v. | | |
| KIMBERLY PENNINGTON; NATASHA BERG, | | |
| Defendants. | | |

Pursuant to the parties' agreement to settle this action, the Court orders the Clerk of Court to divide the Interpleader Funds deposited in the Court's registry, less the amount already paid to State Farm Life Insurance Company, and pay 50% to Blakeman Law and

Natasha Berg, and 50% to the Hoffman Law Firm and Kimberly Pennington. The action is hereby dismissed with prejudice.

IT IS SO ORDERED

DATED: July 12, 2019 .

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\MWF\CRD\CIVIL CASES\State Farm 19-1257\LA19CV01257-MWF-PJW.Proposed.O.1.wpd