JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | CASE NO. CV 19-1257-MWF (PJWx) |
| Plaintiff, | J U D G M E N T |
| v. | |
| KIMBERLY PENNINGTON; NATASHA BERG, | |
| Defendants. | |

Pursuant to the order filed this day, the case is hereby dismissed with prejudice.

DATED: July 12, 2019.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

S:\MWF\CRD\CIVIL CASES\State Farm 19-1257\LA19CV01257-MWF-PJW.Proposed.J.1.wpd